UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF NEW YORK
---------------------------------------------------------x
In re:

MARC KLEIN,                                            Chapter 7
                                                                       Case No.: 119-46007-cec

                Debtor.

---------------------------------------------------------x

**STIPULATION AND ORDER EXTENDING TRUSTEE AND UNITED STATES TRUSTEE'S TIME TO OBJECT TO DEBTOR'S DISCHARGE PURSUANT TO 11 U.S.C. §727**

**WHEREAS,** on October 2, 2019, Marc Klein, ("Debtor") filed a voluntary petition for relief under Chapter 7 of Title 11 of the United States Code (the "Bankruptcy Code"); and

**WHEREAS,** Richard J. McCord, Esq., ('Trustee") was appointed the Chapter 7 Trustee for the Debtor's bankruptcy estate; and

**WHEREAS**, the last date to object to the Debtor's discharge was scheduled for January 13, 2020; and

**WHEREAS**, the Debtor has consented to an extension of the Trustee and the United States Trustee's time to object to the Debtor's discharge; and

**NOW THEREFORE, IT IS HEREBY STIPULATED AND AGREED** by and between the undersigned that the time period within which the Trustee and the United States

1

6779630.1

Trustee may file a complaint objecting to discharge pursuant to 11 U.S.C. §727 is hereby extended until April 1, 2020.

Dated: East Meadow, New York
        February 12, 2020

        **CERTILMAN BALIN ADLER & HYMAN, LLP**

        BY:  /s/Richard J. McCord
                **RICHARD J. MCCORD, ESQ.**
                Chapter 7 Trustee for the Estate of
                Marc Klein
                90 Merrick Avenue
                East Meadow, New York 11554
                Phone: (516) 296-7000

Dated: Brooklyn, New York
        February 12, 2020

        **BY:**  /s/Marc Klein
                **MARC KLEIN**
                Debtor
                1351 East 15th Street
                Brooklyn, New York 11230

**SO ORDERED**